750096

# Tampa Bay Times
### Published Daily

STATE OF FLORIDA  } ss
COUNTY OF Hillsborough County

Before the undersigned authority personally appeared **Virginia Marshall** who on oath says that he/she is Legal Clerk of the Tampa Bay Times a daily newspaper printed in St. Petersburg, in Pinellas County, Florida; that the attached copy of advertisement, being a Legal Notice in the matter RE: **8:19-cv-00346-T-36AA** was published in Tampa Bay Times: **3/1/19, 3/8/19, 3/15/19, 3/22/19.** in said newspaper in the issues of **Baylink Hillsborough**

Affiant further says the said Tampa Bay Times is a newspaper published in Hillsborough County, Florida and that the said newspaper has heretofore been continuously published in said Hillsborough County, Florida, each day and has been entered as a second class mail matter at the post office in said Hillsborough County, Florida for a period of one year next preceding the first publication of the attached copy of advertisement, and affiant further says that he/she neither paid not promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper

_____
Signature of Affiant

Sworn to and subscribed before me this 03/22/2019.

_____
Signature of Notary Public

Personally known _____ or produced identification

Type of identification produced_____



Notary Public State of Florida
David Kersey
My Commission GG 282146
Expires 12/05/2022

---

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Case No. 8:19-cv-00346-T-36AAS

IN THE MATTER OF
Gregory W. Beachum, as owner of a 2015 22' Robalo 226 Cayman vessel, FL Registration No. FL3662PT, its engines, tackle, apparel, etc., in a cause of exoneration from or limitation of liability,
Petitioner,

**NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

NOTICE is hereby given that Gregory W. Beachum, as owner of a 2015 22' Robalo 226 Cayman vessel, Florida Registration No. FL3662PT (hereinafter "Vessel") has filed a Complaint pursuant to Title 46 USCA §§ 30501 et seq., as amended, for exoneration from or limitation of any liability of all claims for any loss, destruction or damage arising out of the alleged accident which occurred in the navigable waters of the Little Manatee River near Tampa Bay, Florida on or about June 2, 2018, as more fully described in Plaintiff's Complaint. All persons having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court, Middle District of Florida, Tampa Division, located at 801 North Florida Avenue, Tampa, Florida 33602, and serve a copy thereof on counsel for Plaintiff, David F. Pope of Banker Lopez Gassler P.A., 501 East Kennedy Boulevard, Suite 1700, Tampa, Florida 33602 on or before **April 19, 2019**, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he/she shall file and serve on counsel for Plaintiff, an answer to the Complaint on or before the aforesaid date unless his/her claim has included an answer so designated, or be defaulted.

Dated at Tampa, Florida this 26th day of February, 2019.

David F. Pope
Banker Lopez Gassler P.A.
Counsel for Plaintiff
(750096) 03/01, 03/08, 03/15, 03/22/2019